NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SARMIENTO, JOSE SARMIENTO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, FEDERAL HOUSING FINANCE AGENCY. CONVERVATOR FOR FEDERAL HOME LOAN MORTGAGE CORPORATION, A GOVERNMENT SPONSORED ENTITY AND U.S. BODY CORPORATE, FEDERAL HOME LOAN MORTGAGE CORPORATION, A GOVERNMENT SPONSORED ENTITY AND U.S. BODY CORPORATE, CITIMORTGAGE, CAL-WESTERN RECONVEYANCE CORPORATION, NICK FALCONE, SUNBELT FINANCIAL SERVICES, SUNBELT HOME IMPROVEMENT LOANS, A CALIFORNIA LIMITED PARTNERSHIP, DOES 1 to 100,<br><br>    Defendants. | Case No. CV13-02927-RGK-VBK<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL WITH PREJUDICE IN FAVOR OF DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION** |

///

///

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 20, 2013, the Court granted Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION'S Motion to Dismiss Plaintiffs, LINDA SARMIENTO and JOSE SARMIENTO's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** ~~that Plaintiffs LINDA SARMIENTO and JOSE SARMIENTO take nothing by way of the Complaint and~~ that a judgment of dismissal with prejudice be entered in favor of Defendant, FEDERAL HOME LOAN MORTGAGE CORPORATION.

**IT IS SO ORDERED.**

DATED: November 22, 2013        _____
                                                                Honorable R. Gary Klausner
                                                                United States District Court Judge

2

[PROPOSED] JUDGMENT - CV13-02927

1541949.1